UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

KEVIN DAMASSIA, et al.,                                     :

                                    Plaintiffs,             :
                                                            :           04 Civ. 8819 (GEL)
          -v-                                               :
                                                            :                **ORDER**
DUANE READE, INC.,                                          :
                                                            :
                                    Defendant.              :
                                                            :
------------------------------------------------------------------x


GERARD E. LYNCH, District Judge:

        The parties have jointly asked the Court to resolve a dispute about the meaning of the
Court's Order of October 4, 2006, with respect to the temporal parameters of the potential class
of overnight Assistant Store Managers of Duane Reade who may opt-in to this action. The Order
contemplated that notice be provided to "'all current and former employees of defendant who
have worked as assistant managers on the night shift for the past three years,'" that is, for the
period of October 6, 2003, to October 5, 2006. Damassia v. Duane Reade, Inc., 04 Civ. 8819
(GEL), 2006 WL 2853971, at *8 (S.D.N.Y. Oct. 5, 2005), quoting P. Mem. in Support of Mot.
for Court-Authorized Notice ("P Mem.") at 2 n.1; see also P. Mem. at 17 (asking the Court
to authorize the issuance of notice to potential opt-in plaintiffs who worked for defendant during
the preceding three year period). Accordingly, the Order shall not be interpreted to authorize
notice to employees who were not employed during that time period.


SO ORDERED.

Dated:  New York, New York
        November 16, 2006

                                                    _____
                                                         GERARD E. LYNCH
                                                       United States District Judge