# EXHIBIT A

**BREAKDOWN OF FEES**

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Adam T. Klein | 139.15 | $700.00 | $97,405.00 |
| Wayne N. Outten | 0.4 | $900.00 | $360.00 |
| Carmelyn P. Malalis | 6.7 | $450.00 | $3,015.00 |
| Jack A. Raisner | 1.3 | $650.00 | $845.00 |
| Justin M. Swartz | 260.6 | $550.00 | $143,330.00 |
| Kathleen Peratis | 0.4 | $675.00 | $270.00 |
| Linda A. Neilan | 492.1 | $450.00 | $221,445.00 |
| Piper Hoffman | 14.3 | $550.00 | $7,865.00 |
| Anjana Samant | 1.5 | $450.00 | $675.00 |
| Cara E. Greene | 10 | $300.00 | $3,000.00 |
| Doug C. James | 399.8 | $400.00 | $159,920.00 |
| Katherine Blostein | 4.8 | $250.00 | $1,200.00 |
| Lewis Steel | 48.9 | $625.00 | $30,562.50 |
| Mark R. Humowiecki | 2.8 | $450.00 | $1,260.00 |
| Nantiya R. Ruan | 40 | $450.00 | $18,000.00 |
| Ossai Miazad | 48.6 | $325.00 | $15,795.00 |
| ReNika C. Moore | 725.9 | $350.00 | $254,065.00 |
| Rachel M. Bien | 3.7 | $300.00 | $1,110.00 |
| Rene S. Roupinian | 0.7 | $550.00 | $385.00 |
| Tarik F. Ajami | 706.2 | $550.00 | $388,410.00 |
| Tara L. Quinlan | 28.3 | $325.00 | $9,197.50 |

| Law Clerk | Hours | Rate | Total |
|---|---|---|---|
| Ian J. Silverbrand | 5.1 | $195.00 | $994.50 |
| Jennifer Liu | 8.1 | $195.00 | $1,579.50 |
| Jaqueline R. Rovine | 24 | $195.00 | $4,680.00 |
| Laureve D. Blackstone | 19.9 | $195.00 | $3,880.50 |
| NY Law Clerks | 1.4 | $195.00 | $273.00 |
| Rachel T. Teitelbaum | 2.75 | $195.00 | $536.25 |
| Zaid H. Hydari | 4.6 | $195.00 | $897.00 |

| Paralegal | Hours | Rate | Total |
|---|---|---|---|
| Brian Flanagan | 1.4 | $160.00 | $224.00 |
| David J. Wall | 0.5 | $140.00 | $70.00 |
| Elizabeth Markey | 110.1 | $140.00 | $15,414.00 |
| File Clerks | 44.8 | $80.00 | $3,584.00 |
| Faith S. Berkemus | 32.2 | $140.00 | $4,508.00 |
| Garrett D. Kaske | 82 | $140.00 | $11,480.00 |
| Jaqueline Ha | 2.7 | $140.00 | $378.00 |
| Jennifer Jung | 1.9 | $175.00 | $332.50 |
| Jamy Rodriguez | 8.9 | $150.00 | $1,335.00 |
| Jenny Hoxha | 35.8 | $160.00 | $5,728.00 |
| James Yu | 179.1 | $140.00 | $25,074.00 |
| Kristen Cabildo | 11.3 | $150.00 | $1,695.00 |
| Kristen Sisko | 13.6 | $140.00 | $1,904.00 |
| Lena Borgen | 46 | $150.00 | $6,900.00 |
| Leila Mokhtarzadeh | 20.8 | $140.00 | $2,912.00 |
| Melissa B. Francisco | 22.6 | $140.00 | $3,164.00 |
| Marwan F. Sehwail | 7.2 | $150.00 | $1,080.00 |
| Michelle Lee | 5.5 | $140.00 | $770.00 |
| Melanie L. Cristol | 8.1 | $140.00 | $1,134.00 |
| Matthew L. Paulson | 4.9 | $140.00 | $686.00 |
| Noah B. Koretz | 8.6 | $140.00 | $1,204.00 |
| Olivia J. Quinlan | 14.9 | $140.00 | $2,086.00 |
| Piel A. Lora | 169.3 | $140.00 | $23,702.00 |
| Part Time Paralegals | 81.8 | $140.00 | $11,452.00 |
| Rita M. Farmer | 2.5 | $160.00 | $400.00 |

| Paralegal | Hours | Rate | Total |
|---|---|---|---|
| Rachel S. Kitson | 319.7 | $150.00 | $47,955.00 |
| Susan Zheng | 31 | $150.00 | $4,650.00 |
| Technical Coordinator | 0.2 | $175.00 | $35.00 |

**Total Hours:** 4269.4    **Total Fees:** $1,550,812.25

## DISBURSEMENTS

| Costs | Amount |
|---|---|
| Research | $3,261.27 |
| Doc Retrieval & Process Server | $77.50 |
| Court Reporter | $29,847.66 |
| Consultant | $5,782.40 |
| Mediator & Arbitrator | $7,006.30 |
| Investigators | $2,510.93 |
| Settlement Services | $2,995.22 |
| Filing fees | $150.00 |
| Faxes | $21.50 |
| Cab/Travel | $1,044.42 |
| Meals | $1,126.40 |
| Fed Ex | $1,672.24 |
| Photocopies | $6,674.60 |
| Messenger Services | $332.45 |
| Velobinding Charges | $44.50 |
| Postage | $497.97 |
| Long Distance Charges | $20.32 |
| **Grand Total Disbursements:** | **$63,065.68** |