LITTLER MENDELSON
 A Professional Corporation
Craig R. Benson
Gerald T. Hathaway
Stephen A. Fuchs
Attorneys for Defendants
 Duane Reade Inc. and Duane Reade Holdings, Inc.
885 Third Avenue, 16th Floor
New York, NY 10022.3298
212.583.9600



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| KELVIN DAMASSIA, *et al.*, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br> -against-<br><br>DUANE READE, INC.,<br><br>    Defendant. | Civil Action No. 04-cv-08819 (GEL) |

---

| | |
|---|---|
| ENAMUL CHOWDHURY,<br><br>    Plaintiff,<br><br> -against-<br><br>DUANE READE INC. and DUANE READE HOLDINGS, INC.,<br><br>    Defendant. | Civil Action No. 06-02295 (GEL) |

---

## ~~[PROPOSED]~~ ORDER DIRECTING THAT
## STANDBY LETTER OF CREDIT BE CANCELLED

1. Pursuant to the Final Order and Judgment Granting Plaintiffs' Motion for Final

Approval of the Class Action Settlement, Approval of the FLSA Settlement, and an Award

of Attorneys' Fees, Reimbursement of Expenses, and Service Awards ("the Final Order")

filed on July 27, 2009, Defendants were to deposit $3,500,000 ("the Settlement Amount") into an interest bearing escrow account created and controlled by the Court-appointed Claims Administrator, Garden City Group, Inc. ("the Claims Administrator") within 10 days of the date of the Final Order.

2. The Court has been advised that the settlement amount was guaranteed by an Irrevocable Standby Letter of Credit issued by Bank of America, N.A, Standby Letter of Credit No. 68032934 ("the Letter of Credit"). The Court is also advised that the beneficiary of the Letter of Credit is the Clerk, United States District Court, Southern District of New York.

3. The Claims Administrator has submitted an Affidavit attesting that the settlement amount of $3,500,000 million has been deposited into the escrow account, and providing evidence of same.

4. Accordingly, the Irrevocable Standby Letter of Credit guaranteeing the Letter of Credit may be immediately cancelled. The Clerk of Court is Directed to Issue a Statement on its official letterhead in the form attached hereto as Exhibit 1 directing Bank of America, N.A., the issuing financial institution, to cancel the Standby Letter of Credit.

It is SO ORDERED on this 11th day of August 2009

_____
Honorable Gerard E. Lynch
United States District Judge

Firmwide:91399688.1 049444.1005